IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF ANTHONY MOURADIAN,
by Melissa Mouradian, Special Administrator,

                  Plaintiff,

v.

JACKSON COUNTY, *et al.*,

                  Defendant.

AMENDED
SCHEDULING ORDER

23-cv-167-wmc

---

At an April 24, 2024 telephonic conference, the court reset the schedule:

    Disclosure of Experts: Plaintiff: September 27, 2024

                          Defendants: December 6, 2024

    Deadline for Filing Dispositive Motions: February 7, 2025

    Discovery Cutoff: March 7, 2025

    Settlement Letters: June 6, 2025

    Rule 26(a)(3) Disclosures and motions in limine: June 13, 2025

                                  Responses: June 27, 2025

    First Final Pretrial Conference: July 8, 2025 at 2:30 p.m.

    Second Final Pretrial Conference: July 15, 2025 at 2:30 p.m.

    Jury Selection and Trial: July 21, 2025 at 9:00 a.m.

        Entered this 25th day of April, 2024.

                                              BY THE COURT:

                                              /s/

                                              STEPHEN L. CROCKER
                                              Magistrate Judge